DAVID T. GROSSMAN, PLAINTIFF-PETITIONER, v. JEAN-
ETTE STUBBS, *ET AL.*, DEFENDANTS-RESPONDENTS

On petition for certification to Superior Court, Appellate
Division.

*Mr. David Grossman, in propria persona.*

*Messrs. Marley, Winkelried & Hillis* for the respondents.

November 25, 1964.

HARRY R. D'AMICO, *ET AL.*, PLAINTIFFS-PETITIONERS, v.
HORACE W. BLANCK, *ET AL.*, DEFENDANTS-RESPOND-
ENTS.

On petition for certification to Superior Court, Appellate
Division.

*Mr. Norman Heine* for the petitioners.

*Mr. Grover C. Richman, Jr.* and *Mr. Samuel Helfand* for
the respondents.